## CULLEN V. MITCHUM-MILL REMNANT CO.

(Decided April 11, 1912.)

APPEAL from Mobile Circuit Court.

Heard before Hon. SAMUEL B. BROWNE.

No counsel marked for appellant. BOYLES & KOHN, for appellee.

Per curiam. Affirmed on certificate.

---

## E. E. FORBES PIANO CO. V. HUDSON.

(Decided May 16, 1912.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

MCARTHUR & HOWARD, for appellant. BUSH & BUSH, for appellee.

Per Curiam. Affirmed on certificate.

---

## FRANKLIN V. THE STATE.

(Decided May 7, 1912. Rehearing denied May 28, 1912.)

APPEAL from Russell Circuit Court.

Heard before Hon. MIKE SOLLIE.

GLENN & DEGRAFFENRIED, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—On the merits affirmed on the authority of *Isaiah v. The State,* 58 South. 53. As to sentence for costs, reversed and remanded on the authority of *Dowling v. City of Troy,* 1 Ala. App. 508.